LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
Lucas@gaffneylawlv.com
*Attorney for Johnny Tovar*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) CASE NO: 2:16-cr-00291-GMN-PAL ) |
| vs. | ) **JOHNNY TOVAR'S UNOPPOSED** ) **MOTION FOR TEMPORARY** |
| JOHNNY TOVAR, | ) **MODIFICATION OF CONDITIONS OF** ) **PRETRIAL RELEASE TO PERMIT** ) **TRAVEL** |
| Defendant. | ) ) **\*Expedited Treatment Requested\*** |
|  | ) ) Detention Judge: Hon. C.W. Hoffman. ) |

COMES NOW, Defendant JOHNNY TOVAR, through his attorney of record, LUCAS J. GAFFNEY, ESQ., and hereby submits the instant unopposed motion to modify Mr. Tovar's pretrial release conditions to permit travel.

DATED this 2nd day of May, 2018                Respectfully submitted,

                                                                    */s/ Lucas J. Gaffney*
                                                                    LUCAS J. GAFFNEY, ESQ.
                                                                    Nevada Bar Number: 12373
                                                                    *Counsel for Johnny Tovar*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

This is the Defendant, Johnny Tovar's, unopposed motion to temporarily modify his conditions of pretrial release to permit travel. Undersigned counsel conferred with Kelly Bowen from pretrial services on April 30, 2018, and with the Government on May 1, 2018. Neither has any opposition to the following request. Mr. Tovar respectfully requests expedited treatment of this motion both because it is unopposed and because the relief requested would expire during an ordinary briefing schedule.

On September 30, 2016, the Court conducted Mr. Tovar's detention hearing and Magistrate Judge Hoffman released him on a PR Bond [ECF 13]. The PR Bond restricted Mr. Tovar's travel to Clark County, Nevada. Mr. Tovar now seeks the Court's permission to travel to Grand Junction, Iowa to attend a family wedding.

Mr. Tovar will leave Las Vegas, Nevada by vehicle on May 18, 2018, and return on May 21, 2018. While in Grand Junction, he will stay at 1118 U Avenue, Grand Junction, Iowa, 50107.

Therefore, there being no opposition, Mr. Tovar respectfully requests that the Court temporarily modify his conditions of pretrial release to accommodate the foregoing travel plans.

DATED this 2nd day of May, 2018

Respectfully submitted,

*/s/ Lucas J. Gaffney*
LUCAS J. GAFFNEY, ESQ.
Nevada Bar Number: 12373
*Counsel for Johnny Tovar*

## ORDER

Good cause appearing and there being no opposition, Johnny's Tovar's motion to temporarily modify the conditions of his pretrial release to permit travel is GRANTED.

DATED this 4th day of May, 2018.

_____
United States Magistrate Judge

1

2 **<u>CERTIFICATE OF SERVICE</u>**

3    I hereby certify that on this 2nd day of May, 2018, a true and correct copy of JOHNNY

4 TOVAR'S UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS

5 OF PRETRIAL RELEASE TO PERMIT TRAVEL was served via the United States District

6 Court CM/ECF system on all parties or persons requiring notice.

7

8                                          */s/ Lucas Gaffney*
                                              An employee of Gaffney Law
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28