# FILED
## UNDER
# SEAL

DAYLE ELIESON
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>Plaintiff,            )<br>                     )<br>    v.             )<br>                     )<br>JOHNNY TOVAR            )<br>Defendant | Case No. 2:16-cr-00291-GMN-PAL-4<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

  Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Kelly A. Bowen</u> U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

  Dated this 7th day of August, 2018.

                DAYLE ELIESON
                United States Attorney

             By  /S/
                ROBERT KNIEF
                Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JOHNNY TOVAR                         Docket No. 2:16-cr-00291-GMN-PAL-4

Petition for Action on Conditions of Pretrial Release

     COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Johnny Tovar, who was placed under pretrial release supervision by Your Honor on September 30, 2016, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services Supervision.
2. Travel is restricted to Clark County, Nevada.
3. Maintain or actively seek lawful and verifiable employment and notify Pretrial Services prior to any change.
4. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. The defendant shall avoid all contact directly or indirectly with codefendant unless it is in the presence of counsel.
6. The defendant shall avoid all contact directly or indirectly with any person who may become a victim or potential witness.
7. Do not be in the presence of anyone using or possessing controlled substances.
8. Submit to drug testing as directed by Pretrial Services and pay costs based upon ability.
9. Refrain from the use or possession of controlled substances.

On November 22, 2016, Your Honor granted the order to modify his conditions of release by adding the following condition:

1. Submit to a substance abuse assessment and participate in any recommended treatment at the discretion of the Pretrial Services Office and pay associated costs based upon ability to do so.

**Respectfully presenting petition for action of Court and for cause as follows:**

On June 10, 2018, the defendant submitted a positive drug test for Amphetamine and Methamphetamine which was sent to the national lab and confirmed positive for both substances on June 16, 2018.

On July 23, 2018, the defendant submitted a positive test for Methamphetamine and Marijuana which was sent to the national lab and confirmed positive for Methamphetamine, Amphetamine, and Marijuana.

On July 25, 2018, the defendant submitted a positive test for Marijuana, Amphetamine and Methamphetamine, which was confirmed by the national lab.

On July 29, 2018, the defendant submitted a positive test for Methamphetamine and Marijuana which was sent to the national lab and confirmed positive for Methamphetamine, Amphetamine, and Marijuana.

On July 31, 2018, the defendant submitted a positive test for Methamphetamine and Marijuana which was sent to the national lab and confirmed positive for Marijuana.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 8th day of August 2018, and ordered filed and made a part of the records in the above case. | Executed on this 7th day of August 2018. |
| | Respectfully Submitted, |
| Honorable Carl W. Hoffman Jr.<br>U.S. Magistrate Judge | Kelly A. Bowen<br>U.S. Pretrial Services Officer<br>Place: Las Vegas, Nevada |